# U.S. District Court
## Eastern District of California – Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:24–cv–00801–CDB

(PC) Bazzo v. Superior Court of California, Riverside County et al  
Assigned to: Magistrate Judge Christopher D. Baker  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 07/10/2024  
Date Terminated: 07/11/2024  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Frank Monaco Bazzo**  represented by  **Frank Monaco Bazzo**  
G–36808  
VALLEY STATE PRISON  
P.O. BOX 96  
CHOWCHILLA, CA 93610  
PRO SE

V.

**Defendant**

**Superior Court of California, Riverside County**

**Defendant**

**Appeal Court of California Fourth District Division 1**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2024 | Ï 1 | (1983) PRISONER CIVIL RIGHTS COMPLAINT against Appeal Court of California Fourth District Division 1, Superior Court of California, Riverside County by Frank Monaco Bazzo. (Flores, E) (Entered: 07/10/2024) |
| 07/10/2024 | Ï 2 | MOTION to PROCEED IN FORMA PAUPERIS by Frank Monaco Bazzo. (Flores, E) (Entered: 07/10/2024) |
| 07/11/2024 | Ï 3 | ORDER TRANSFERRING CASE to the U.S. District Court for the Central District of California signed by Magistrate Judge Christopher D. Baker on 7/11/2024. (Lawrence, A) (Entered: 07/11/2024) |
| 07/11/2024 | Ï | SERVICE BY MAIL: 3 Order served on Frank Monaco Bazzo. (Lawrence, A) (Entered: 07/11/2024) |